UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>    Plaintiff,<br><br>    v.<br><br>SECOND WATCH WARDEN, et al.,<br><br>    Defendants. | 1:06-CV-01292-OWW-WMW-P<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SHOW CAUSE<br><br>(Doc. 5) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 23, 2006, plaintiff filed a motion for an extension of time to respond to the court's order to show cause why he should not be required to pay the $350.00 filing fee for this action. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file a response to the court's order to show cause.

IT IS SO ORDERED.

**Dated:   November 16, 2006**          /s/ William M. Wunderlich
j14hj0                                                    UNITED STATES MAGISTRATE JUDGE