IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

        Plaintiff,　　　　　　　　　　CV F 06 1292 OWW WMW   P

  vs.　　　　　　　　　　　　　　　　ORDER RE MOTION (DOC 8 )

CCI BLDG. A-4 DIRECTOR, et al.,

        Defendants.

Plaintiff has requested an extension of time in which to file objections to the December 26, 2006, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time to March 12, 2007, in which to file objections.

IT IS SO ORDERED.

**Dated:　February 12, 2007**　　　　　　　/s/  **William M. Wunderlich**
j14hj0　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1